UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| TOPA INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, INC.; HOME PRODUCTS, INC.; SEARS, ROEBUCK AND CO.; and DOES 1 THROUGH 100, inclusive, and each of them,<br><br>    Defendants. | CASE NO. EDCV13-1011 JGB (OPx)<br><br>(State Court Case No. CIVDS 1303809)<br><br>[~~PROPOSED~~] ORDER<br><br>Complaint Filed: April 12, 2013 |

As agreed per Stipulation by the parties herein, and good cause appearing,

IT IS ORDERED that:

1. The above-captioned action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: August 15, 2014

By: _____
HONORABLE JESUS BERNAL

1 of 1

STIPULATION OF DISMISSAL [~~PROPOSED~~] ORDER

MLA/TOPA(COLIN)/Stip_Dismissal_Order

LAW OFFICES OF PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP